Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213

Attorney for Defendant Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00234-MCE |
| Plaintiff, | STIPULATION AND |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| RAFAEL GALVAN | |
| Defendant. | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that the status conference presently scheduled for Thursday, August 7, 2008, be continued to **Thursday, September 17, 2008 at 9:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Code T4) through September 17, 2008 due to complexity of the case and in the interest of justice.  The parties are

////
////
////

presently working out a plea agreement, which, because of the defendant's prior offenses, is rather complex.

**Dated: August 5, 2008**

**/s/ Mr. Heiko Phillipp Coppula, Esq. (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ Mr. Robert M. Holley, Esq.**
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for MR. GALVAN**

**ORDER**

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.**

Dated: August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2