1   Robert M. Holley (SBN 50769)
    Attorney at law
2   State Bar No. 50769
    331 J Street, Suite #200
3   Sacramento, California 95814
    Telephone:  (916) 443-2213
4

5   Attorney for Defendant RAFAEL GALVAN

6

7                 IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,         ) CASE NO. CR.S-08-234 MCE
                                      )
11                    Plaintiff,      ) STIPULATION AND ORDER CONTINUING
                                      ) STATUS CONFERENCE
12        v.                          )
                                      )
13  RAFAEL GALVAN,                    )
                                      )
14                    Defendant.      )
                                      )
15  _____ )

16

17                            STIPULATION

18        It is hereby stipulated by and between the parties hereto

19  through their respective counsel that the status conference presently

20  scheduled for Thursday, October 2, 2008, be continued one week to

21  Thursday, October 9, 2008 at 9:00 a.m.

22        The parties further stipulate that the time included in this

23  continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section

24  3161(h)(8)(B)(ii)(Local Code T4) through October 9, 2008 due to

25  ////

26  ////

27  ////

28  ////

1    complexity of the case and in the interest of justice and defendant's

2    desire to obtain new counsel.

3            Dated:  October 1, 2008

4

5                        /s/ Mr. Heiko Phillipp Coppula, Esq. (By RMH)
                         Mr. Heiko Phillipp Coppula, Esq.
6                        Assistant United States Attorney
                         Counsel for the United States
7

8

9                        /s/ Mr. Robert M. Holley, Esq.
                         Mr. Robert M. Holley, Esq.
10                       Counsel for Mr. Rafael Galvan

11

12                              ORDER

13

14           GOOD CAUSE APPEARING, the above requested calendaring change,

15   and stipulation re: the exclusion of time pursuant to the Federal

16   Speedy Trial Act, are SO ORDERED.

17   Dated: October 6, 2008

18

19

20   _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                2