Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:08-cr-00234-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| RAFAEL GALVAN, | |
| Defendant. | |

      Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for October 29, 2008, should be reset to December 4, 2008, at 9:00 a.m.

      The parties stipulate and agree the time from October 29, 2008, up to and including December 4, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

      Present counsel for the defense was appointed on October 9, 2008.  Defense counsel has received the file and reviewed it and met with the client.  However, additional time is necessary

1  to conduct further investigation and legal research.

2

3  DATED: October 28, 2008                     */s/ Krista Hart*
                                               Attorney for Rafael Galvan
4

5
   DATED: October 28, 2008                     McGREGOR SCOTT
6                                              United States Attorney

7                                               */s/ Heiko Coppola*
                                               Assistant U.S. Attorney
8

9                                    **ORDER**

10 It is so ordered.

11
    Dated:  October 28, 2008
12

13                                             _____
                                               MORRISON C. ENGLAND, JR.
14                                             UNITED STATES DISTRICT JUDGE