Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:08-cr-00234-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| RAFAEL GALVAN, | |
| Defendant. | |

Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for December 4, 2008, should be reset to February 5, 2009, at 9:00 a.m.

The parties stipulate and agree the time from December 4, 2008, up to and including February 5, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Present counsel for the defense was appointed on October 9, 2008.  Defense counsel has

received the file and reviewed it and met with the client.  However, additional time is necessary to conduct further investigation and legal research.  Additionally, the defense is waiting for additional discovery from the government.

DATED: December 2, 2008                         /s/ Krista Hart
                                                Attorney for Rafael Galvan

DATED: December 2, 2008                         McGREGOR SCOTT
                                                United States Attorney

                                                /s/ Heiko Coppola
                                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE