1  Krista Hart
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 350
3  Sacramento, CA  95814
   (916) 498-8398
4
   Attorney for Rafael Galvan
5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES,                    )     No. Cr.S. 08-234 MCE
                                     )
11        Plaintiff,                 )
                                     )     **STIPULATION AND PROPOSED**
12    v.                             )     **ORDER RESETTING THE**
                                     )     **STATUS CONFERENCE**
13 RAFAEL GALVAN,                    )
                                     )
14        Defendant.                 )
                                     )
15

16

17     Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States

18 (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree

19 the status conference currently set for February 5, 2009, should be reset to March 5, 2009, at 9:00

20 a.m.

21     The parties stipulate and agree the time from February 5, 2009, up to and including

22 March 5, 2009, should be excluded in computing the time within which the trial of the above

23 criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate

24 that the ends of justice are served by the Court excluding such time, so that counsel for the

25 government and the defendant may have reasonable time necessary for effective preparation,

26 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code

27 T4).

28     Defense counsel has received additional discovery and is the process of reviewing it.

Moreover, the parties are in negotiations in an attempt to resolve the matter short of going to trial. The additional time is necessary complete the review of the additional discovery and to continue negotiations.

DATED: February 9, 2009                             /s/ Krista Hart
                                                    Attorney for Rafael Galvan


DATED: February 9, 2009                             LAWRENCE BROWN
                                                    Acting United States Attorney

                                                    /s/ Heiko Coppola
                                                    Assistant U.S. Attorney

**ORDER**

It is so ordered.


Dated: February 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE