Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-00234 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| RAFAEL GALVAN, | |
| Defendant. | |

Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for March 5, 2009, should be reset to April 2, 2009, at 9:00 a.m.

The parties stipulate and agree the time from March 5, 2009, up to and including April 2, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Moreover, the parties are in negotiations in an attempt to resolve the matter

///

short of going to trial. The additional time is necessary complete the review of the additional discovery and to continue negotiations.

DATED: March 3, 2009          /s/ Krista Hart
                              Attorney for Rafael Galvan

DATED: March 3, 2009          LAWRENCE BROWN
                              Acting United States Attorney

                              /s/ Heiko Coppola
                              Assistant U.S. Attorney

## **ORDER**

It is so ordered.

Dated: March 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE