Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-234 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER RESETTING THE STATUS CONFERENCE** |
| RAFAEL GALVAN, | |
| Defendant. | |

Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for April 2, 2009, should be reset to June 4, 2009, at 9:00 a.m.

The parties stipulate and agree the time from April 2, 2009, up to and including June 4, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

The parties have been in active negotiations in an attempt to resolve the

///

case short of going to trial.  However, the parties have been unable to determine the client's criminal history.  It is necessary to establish this before the parties can reach a settlement.  In a separate filing the parties will be seeking an order from the Court directing the probation office to prepare a truncated pre-plea report addressing this issue.  Therefore, the additional time is necessary to allow the probation office sufficient time to conduct the criminal history analysis.

DATED: April 6, 2009                    /s/ Krista Hart
                                        Attorney for Rafael Galvan


DATED: April 6, 2009                    LAWRENCE BROWN
                                        Acting United States Attorney

                                         /s/ Heiko Coppola
                                        Assistant U.S. Attorney

**ORDER**

It is so ordered.


 Dated:  April 6, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE