Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAFAEL GALVAN,<br><br>　　　　Defendant.<br>_____ | No. 2:08-cr-00234-MCE<br><br>**STIPULATION AND ORDER REQUESTING THE PRODUCTION OF A TRUNCATED PRESENTENCE REPORT** |

Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the production of a truncated pre-plea presentence report is necessary to the resolution of this case.

The parties have been in active negotiations in this case. However, the records in the discovery and the entries within Mr. Galvan's rap sheet are in conflict. Some entries in the discovery seem to indicate Mr. Galvan may have two prior drug offenses, but the rap sheet does not. In an effort to try and resolve the case short of going to trial, the parties seek a truncated pre-plea presentence report to establish Mr. Galvan's criminal history. Counsel for Mr. Galvan spoke with US Probation Officer Linda Alger and she indicated the probation department would need a court order to begin the preparation of a pre-plea PSR and they would need about six weeks to prepare the report. The next status conference in this case is

currently set for June 4, 2009.

Therefore, the parties seek an order from the Court directing the probation office to prepare the criminal history portion of a presentence report for the parties and ask the report be prepared by May 27, 2009.

DATED: April 13, 2009  /s/ Krista Hart
Attorney for Rafael Galvan

DATED: April 13, 2009  LAWRENCE BROWN
Acting United States Attorney

/s/ Heiko Coppola
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING the probation office is directed to prepare the criminal history portion of a presentence report by May 27, 2009.

Dated: April 13, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE