Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL GALVAN,<br><br>　　　　Defendant. | No. 2:08-cr-00234-MCE<br><br>**STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |

　　　Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for June 4, 2009, should be reset to June 25, 2009, at 9:00 a.m.

　　　The parties stipulate and agree the time from June 4, 2009, up to and including June 25, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

　　　The parties have been in active negotiations in an attempt to resolve the

///

case short of going to trial.  The government made an offer and the defense has made a counter offer.  It is anticipated the additional time will allow the parties to continue the negotiations and possibly reach a settlement short of going to trial.

DATED: June 1, 2009

*/s/ Krista Hart*
Attorney for Rafael Galvan

DATED: June 1, 2009

LAWRENCE BROWN
Acting United States Attorney

*/s/ Heiko Coppola*
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  June 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

case short of going to trial.  The government made an offer and the defense has made a counter offer.  It is anticipated the additional time will allow the parties to continue the negotiations and possibly reach a settlement short of going to trial.

DATED: June 1, 2009

*/s/ Krista Hart*
Attorney for Rafael Galvan

DATED: June 1, 2009

LAWRENCE BROWN
Acting United States Attorney

*/s/ Heiko Coppola*
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  June 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE