Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Rafael Galvan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-234 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| RAFAEL GALVAN, | |
| Defendant. | |

Defendant Rafael Galvan, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for June 25, 2009, should be reset to July 30, 2009, at 9:00 a.m.

The parties stipulate and agree the time from June 25, 2009, up to and including July 30, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

The parties have been in active negotiations in an attempt to resolve the

///

case short of going to trial.  The government made an offer and the defense has made a counter offer.  It appears the parties are very close to a resolution.  It is anticipated the additional time will allow the parties to continue the negotiations and possibly reach a settlement short of going to trial.

DATED: June 23, 2009                    */s/ Krista Hart*
                                         Attorney for Rafael Galvan


DATED: June 23, 2009                    LAWRENCE BROWN
                                         Acting United States Attorney

                                         */s/ Heiko Coppola*
                                         Assistant U.S. Attorney

## **ORDER**

It is so ordered.


 Dated:  June 23, 2009

                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE