LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-CR-00234 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| RAFAEL GALVAN ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from September 10, 2009 to October 15, 2009 at 9:00 a.m. They stipulate that the time between September 10, 2009 and October 15, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, the defense is still performing investigation and reviewing discovery in this matter. Additionally, the parties

1

are engaged in on-going plea negotiations that may resolve the matter short of trial.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    United States Attorney

DATE: September 9, 2009       By:  /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

DATE: September 9, 2009          /s/ Patrick K. Hanly[1]
                                    PATRICK K. HANLY
                                    Attorney for Defendant

                             **SO ORDERED.**

Dated: September 9, 2009

                                 [signature]
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

---

[1] Mr. Hanly authorized AUSA Coppola to sign this stipulation and order on his behalf.

2