Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Rafael Galvan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 08-cr-00234-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| vs. ) | **TIME UNDER THE SPEEDY TRIAL ACT** |
| ) | |
| ) | **Date: 12-3-09** |
| Rafael Galvan, ) | **Time: 9:00 a.m.** |
| ) | **Courtroom: Honorable Morrison C. England** |
| ) | **Jr.** |
| Defendant. ) | |
| ) | |
| ) | |

Defendant Rafael Galvan through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Heiko Coppola, agree and stipulate that the current status conference set for December 3, 2009, in the above case shall be re-scheduled for December 10, 2009 at 9:00 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161(h) (7) (B) (iv), and Local Codes T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, December 10, 2009, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings. Undersigned counsel is new to the case and will need this time to review discovery and identify the issues.

Dated: December 2, 2009

By: /s/ Patrick K.Hanly
Attorney for Defendant

Dated: December 2, 2009

UNITED STATES ATTORNEY

By: /s/ Heiko Coppola
Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

DATED: December 2, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE