```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-CR-00234 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE AND EXCLUDE TIME |
| RAFAEL GALVAN ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from January 14, 2010 to January 28, 2010 at 9:00 a.m. They stipulate that the time between January 14, 2010 and January 28, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, a plea agreement has been provided to the defendant. The defendant and his attorney need additional time

1

to discuss the plea agreement, review the pertinent discovery related to the plea agreement, and to prepare for the defendant's change of plea hearing.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 13, 2010    By:   /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney

DATE: January 13, 2010          /s/ Patrick K. Hanly[1]
                                PATRICK K. HANLY
                                Attorney for Defendant

**IT IS SO ORDERED.**

Dated: January 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Hanly authorized AUSA Coppola to sign this stipulation and order on his behalf.

2