Law Office of Patrick K. Hanly (Bar # 128521)
455 Capitol Mall, Suite 325
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 492-2680

Attorney **Specially Appearing** for Defendant
RAFAEL VASQUEZ GALVAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>          v.<br><br>**RAFAEL VASQUEZ GALVAN,**<br><br>                    **Defendant**, | NO. 08-234 MCE<br><br>**ORDER RE: MOTION TO AMEND PRE-SENTENCE REPORT**<br><br>DATE: **N/A**<br>TIME:  **N/A**<br>COURTROOM: **HONORABLE MORRISON C. ENGLAND JR.** |

The Probation Department is hereby ordered to issue an Amended Pre-sentence Report in which it is directed to add to paragraph 55 of Movant's PSR, that based on the instant offense in this matter and the defendant's prior criminal history, it is believed the defendant used drugs, including heroin and marijuana, up until his arrest for the instant offense.

IT IS SO ORDERED.

Dated:  February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT